IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:26-cv-433-CCE (JEP)

| | | |
|---|---|---|
| SHAWN CARD, individually and on behalf of all others similarly situated, | : : : | **DEFENDANT R.J. REYNOLDS TOBACCO HOLDINGS, INC.'S CORPORATE DISCLOSURE STATEMENT [F.R.C.P. 7.1; L.R. 7.7]** |
| Plaintiff, | : | |
| v. | : : | |
| R.J. REYNOLDS TOBACCO HOLDINGS, INC., | : : : | |
| Defendant. | : : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.7, Defendant R.J. Reynolds Tobacco Holdings, Inc., hereby discloses as follows:

R.J. Reynolds Tobacco Holdings, Inc., a Delaware corporation, is a wholly owned subsidiary of Reynolds American Inc., a North Carolina corporation. Reynolds American Inc. is a wholly owned subsidiary of British American Tobacco p.l.c., which is a publicly-traded company listed on the London Stock Exchange (symbol: BATS). No other publicly-held entity owns 10% or more of R.J. Reynolds Tobacco Holdings, Inc. stock. No publicly-held entity owns 10% or more of British American Tobacco p.l.c.

Respectfully submitted, this the 13th day of July, 2026.

WOMBLE BOND DICKINSON (US) LLP

*/s/ John F. Morrow, Jr.*
John F. Morrow, Jr.
NC Bar No. 23382
One West 4th Street, 12th Floor
Winston-Salem, NC 27101

1

Tel.: 336.721.3600
Fax: 336.733.8429
Email: John.Morrow@wbd-us.com

Tomio B. Narita*
CA Bar No. 156576
Samuel R. Melamed*
CA Bar No. 301303
GA Bar No. 234836
50 California Street, Suite 2800
San Francisco, CA 94111
Tel.: 415.433.1900
Fax: 415.433.5530
Email: Tomio.Narita@wbd-us.com
Email: Samuel.Melamed@wbd-us.com

Genevieve Walser-Jolly*
CA Bar No. 262784
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Tel.: 714.557.3800
Fax: 714.557.3347
Email: Genevieve.Walser-Jolly@wbd-us.com

Counsel for R.J. Reynolds Tobacco Holdings, Inc.

*Special Appearance Per Local Rule 83.1(d)*

**CERTIFICATE OF SERVICE**

I certify that I have on this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record who have registered to receive such filings.

Date: July 13, 2026

/s/ *John F. Morrow, Jr.*
John F. Morrow, Jr.

3