IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:26-cv-433-CCE (JEP)

| | | |
|---|---|---|
| SHAWN CARD, individually and on behalf of all others similarly situated, | : | |
| | : | **DEFENDANT R.J. REYNOLDS** |
| | : | **TOBACCO HOLDINGS, INC.'S** |
| Plaintiff, | : | **MOTION TO DISMISS COMPLAINT** |
| v. | : | **[F.R.C.P. 12(b)(6)]** |
| | : | |
| R.J. REYNOLDS TOBACCO HOLDINGS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

NOW COMES the defendant R.J. Reynolds Tobacco Holdings, Inc. ("Defendant"), by and through the undersigned counsel, and hereby moves the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss all claims asserted by the plaintiff Shawn Card ("Plaintiff"), individually and on behalf of all others similarly situated, in the Complaint (Dkt. No. 1).

The basis for this motion is that Plaintiff's Complaint fails to state a claim upon which relief can be granted. He brings a single cause of action under the Telephone Consumer Protection Act ("TCPA"), at 47 U.S.C. § 227(c)(5), alleging Defendant sent promotional text messages to his cellular telephone even though he had previously registered the number on the national do-not-call ("DNC") registry. The claim fails because the TCPA's DNC provisions do not apply to text messages or cell phones. Further grounds for this motion are set forth in Defendant's supporting memorandum, which is being filed contemporaneously with this motion.

1

WHEREFORE, Defendant respectfully requests that the Court grant its motion to dismiss the Complaint with prejudice.

Respectfully submitted, this the 13th day of July, 2026.

WOMBLE BOND DICKINSON (US) LLP

*/s/ John F. Morrow, Jr.*
John F. Morrow, Jr.
NC Bar No. 23382
One West 4th Street, 12th Floor
Winston-Salem, NC 27101
Tel.: 336.721.3600
Fax: 336.733.8429
Email: John.Morrow@wbd-us.com

Tomio B. Narita*
CA Bar No. 156576
Samuel R. Melamed*
CA Bar No. 301303
GA Bar No. 234836
50 California Street, Suite 2800
San Francisco, CA 94111
Tel.: 415.433.1900
Fax: 415.433.5530
Email: Tomio.Narita@wbd-us.com
Email: Samuel.Melamed@wbd-us.com

Genevieve Walser-Jolly*
CA Bar No. 262784
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Tel.: 714.557.3800
Fax: 714.557.3347
Email: Genevieve.Walser-Jolly@wbd-us.com

Counsel for R.J. Reynolds Tobacco Holdings, Inc.

* *Special Appearance Per Local Rule 83.1(d)*

2

# <u>CERTIFICATE OF SERVICE</u>

I certify that I have on this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record who have registered to receive such filings.

Date: July 13, 2026

*/s/ John F. Morrow, Jr.*
John F. Morrow, Jr.

3