# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### No. 1:26-cv-433-CCE (JEP)

| | | |
|---|---|---|
| SHAWN CARD, individually and on behalf of all others similarly situated, | : | **NOTICE OF SPECIAL APPEARANCE OF SAMUEL R. MELAMED** |
| Plaintiff, | : | |
| v. | : | |
| R.J. REYNOLDS TOBACCO HOLDINGS, INC., | : | |
| Defendant. | : | |

PLEASE TAKE NOTICE that the undersigned Samuel R. Melamed of Womble Bond Dickinson (US) LLP, pursuant to Local Civil Rule 83.1(d), hereby makes this entry of special appearance as counsel of record for Defendant R.J. Reynolds Tobacco Holdings, Inc., in association with local counsel John F. Morrow, Jr.

I certify that I will submit any document to local counsel John F. Morrow, Jr. for review and signature prior to filing the document with the Court.

Respectfully submitted, this the 13th day of July, 2026.

Dated: July 13, 2026

WOMBLE BOND DICKINSON (US) LLP

*/s/ John F. Morrow, Jr.*
John F. Morrow, Jr.
NC Bar No. 23382
One West 4th Street, 12th Floor
Winston-Salem, NC 27101
Tel.: 336.721.3600
Fax: 336.733.8429
Email: John.Morrow@wbd-us.com

1

*/s/ Samuel R. Melamed*
Tomio B. Narita*
CA Bar No. 156576
Samuel R. Melamed*
CA Bar No. 301303
GA Bar No. 234836
50 California Street, Suite 2800
San Francisco, CA 94111
Tel.: 415.433.1900
Fax: 415.433.5530
Email: Tomio.Narita@wbd-us.com
Email: Samuel.Melamed@wbd-us.com

Genevieve Walser-Jolly*
CA Bar No. 262784
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Tel.: 714.557.3800
Fax: 714.557.3347
Email: Genevieve.Walser-Jolly@wbd-us.com

Counsel for R.J. Reynolds Tobacco Holdings, Inc.

*Special Appearance Per Local Rule 83.1(d)*

2

## CERTIFICATE OF SERVICE

I certify that I have on this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record who have registered to receive such filings.

Date: July 13, 2026

/s/ Samuel R. Melamed
Samuel R. Melamed

3