IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:26-cv-433-CCE (JEP)

| | |
|---|---|
| SHAWN CARD, individually and on behalf of all others similarly situated, | : : : : : : **DEFENDANT R.J. REYNOLDS TOBACCO HOLDINGS, INC.'S NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY** |
| Plaintiff, | : |
| v. | : : |
| R.J. REYNOLDS TOBACCO HOLDINGS, INC., | : : |
| Defendant. | : |

Pursuant to Local Rule 7.3(i), defendant R.J. Reynolds Tobacco Holdings, Inc. ("Reynolds") submits this notice of subsequently decided authority relevant to Reynolds's pending Motion to Dismiss (Dkt. 7). Specifically, Reynolds directs the Court to *Steidinger v. Blackston Medical Services*, 2026 U.S. App. LEXIS 20613 (7TH Cir. July 14, 2026).

Respectfully submitted, this the 15th day of July, 2026.

WOMBLE BOND DICKINSON (US) LLP

*/s/ John F. Morrow, Jr.*
John F. Morrow, Jr.
NC Bar No. 23382
One West 4th Street, 12th Floor
Winston-Salem, NC 27101
Tel.:  336.721.3600
Fax:  336.733.8429
Email: John.Morrow@wbd-us.com

1

Tomio B. Narita*
CA Bar No. 156576
Samuel R. Melamed*
CA Bar No. 301303
GA Bar No. 234836
50 California Street, Suite 2800
San Francisco, CA 94111
Tel.: 415.433.1900
Fax: 415.433.5530
Email: Tomio.Narita@wbd-us.com
Email: Samuel.Melamed@wbd-us.com

Genevieve Walser-Jolly*
CA Bar No. 262784
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Tel.: 714.557.3800
Fax: 714.557.3347
Email: Genevieve.Walser-Jolly@wbd-us.com

Counsel for R.J. Reynolds Tobacco Holdings, Inc.

* *Special Appearance Per Local Rule 83.1(d)*

2

Case 1:26-cv-00433-CCE-JEP    Document 12    Filed 07/15/26    Page 2 of 3

## CERTIFICATE OF SERVICE

I certify that today I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record who have registered to receive such filings.

Date:  July 15, 2026

/s/ John F. Morrow, Jr.
John F. Morrow, Jr.

3