IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SHAWN CARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26-CV-433 |
| | ) | |
| R.J. REYNOLDS TOBACCO HOLDINGS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

This matter came before the court on the defendant's motion to dismiss.

For the reasons stated in the Court's September 3, 2026, order, Doc. 16, it is **ORDERED AND ADJUDGED** that the defendant's motion to dismiss is **GRANTED**, and that all claims are **DISMISSED** with prejudice for failure to state a claim under Rule 12(b)(6).

This the 3rd day of September, 2026.

UNITED STATES DISTRICT JUDGE